DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MORAN FOODS, LLC** d/b/a **SAVE-A-LOT,**
Appellant,

v.

**LATASHA WEST,**
Appellee.

No. 4D17-2036

[April 26, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John J. Murphy, III, Judge; L.T. Case No. 14-017346 CACE (09).

Kimberly Kanoff Berman and Aleida M. Meilke of McIntosh Sawran & Cartaya, P.A., Fort Lauderdale, for appellant.

Matthew Sean Tucker of Tucker Law, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and ROBERTS, KATHLEEN H., Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***